IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISON

| | | |
|---|---|---|
| FAMILY MEDICINE PHARMACY LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No: 1:15-cv-00590 |
| TRXADE GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND
<u>CERTIFICATION OF SETTLEMENT CLASS</u>**

**COMES NOW,** Plaintiff Family Medicine Pharmacy, LLC (hereinafter "Family Medicine") and respectfully moves for preliminary approval of a proposed class action settlement (hereinafter "Settlement") of this action (hereinafter the "Litigation") and for certification of the settlement class, which is unopposed by Defendants Trxade Group, Inc. (hereinafter "Trxade") and Westminster, LLC (hereinafter "Westminster") (collectively referred to herein as "Defendants"). In support thereof Plaintiff states:

1. Defendants do not oppose said Motion.

2. Plaintiff submits, in tandem with the instant motion, Plaintiff's Memorandum Brief of Points and Authorities in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class (hereinafter "Brief") setting forth the basis for approval of said settlement and certification of the settlement class.

3. The Settlement should be preliminary approved as it is fair, reasonable and adequate. Specifically:

  a. Liability is contested, recovery is problematic, and both sides face significant challenges;

  b. The Settlement provides a fair and substantial benefit to the Class;

  c. The complexity, expense and duration of the litigation favors preliminary certification; and

  d. Experience counsel has determined that the Settlement is appropriate and fair.

4. The proposed and detailed method of class notice is appropriate.

5. Provisional certification of the Settlement Class is appropriate as:

  a. Plaintiff has standing;

  b. The class is ascertainable;

  c. The requirements of Rule 23 are satisfied as:

    i. Plaintiff has established that the class is so numerous that joinder of al parties is impracticable as the class members number approximately 8,500;

    ii. Plaintiff has alleged an injury typical of the injuries of putative class members- specifically that Defendants collectively and/or individually issued unsolicited facsimiles, and that no other issues predominate this action;

    iii. The legal and factual questions advanced by the parties are central to each and every one of the class members claims;

    iv. Family Medicine establishes that it shares a common interest with the class and that counsel is qualified;

    v. Plaintiff establishes that it has met the requirements of Rule 23(b). Among other bases, this matter implicates a limited fund.

For the reasons set forth above and as set forth in Plaintiff's Brief, Plaintiff Family Medicine respectfully requests that this Honorable Court:

1. Preliminarily approve the proposed settlement at an informal hearing, subject to a hearing regarding Defendants' ability to satisfy all claims currently pending;

2. Conditionally certify the Settlement Class;

3. Facilitate a "formal fairness hearing" or final settlement approval hearing, at which class members may be heard regarding the settlement, and at which evidence and argument concerning the fairness, adequacy, and reasonableness of the settlement may be presented; and

4. Ultimately grant final approval of the class settlement, certify the Settlement Class, and grant all further relief.

Respectfully submitted this the 3rd day of August, 2016.

/s/Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann
ASB-2956-7N6D

OF COUNSEL:
**ZARZAUR MUJUMDAR & DEBROSSE**
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205-983-7985
F: 888-505-0523
E: fuli@zarzaur.com

/s/James H. McFerrin
James H. McFerrin
ASB-2945-M72J

OF COUNSEL:
**McFERRIN LAW FIRM, LLC**
265 Riverchase Parkway East
Suite 202
Birmingham, Al 35244
T: (205) 870-5704
F: (205) 985-5093
E: jhmcferrin@bellsouth.net

**CERITIFICATE OF SERVICE**

I hereby certify that on August 3, 2016, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notifications of such filing to all counsel of record:

M. Warren Butler
Scott D. Stevens
**Starnes Davis Florie, LLP**
RSA-Battle House Tower, #20290

11 N. Walter Street Mobile, AL 36602
T: (251) 405-5065
F: (251) 433-5901
E: wbutler@starneslaw.com
E: sstevens@starneslaw.com
*Attorneys for the Defendants*
*Trxade Group, Inc. and*
*Westminster Inc.*

/s/Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann (DEB011)

4