IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FAMILY MEDICINE PHARMACY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 15-0590-KD-B |
| ) | |
| TRXADE GROUP, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action is before Plaintiff Family Medicine Pharmacy, LLC's unopposed motion for preliminary approval of class action settlement and certification of settlement class, Plaintiff's memorandum brief of points and authorities in support of the motion and exhibits (docs. 25, 26). Upon consideration, the motion is set for hearing on **September 28, 2016 at 2:00 p.m**. before the undersigned, in Courtroom 5A of the United States Courthouse, 113 St. Joseph St., Mobile, Alabama, 36602.

DONE and ORDERED this the 20th day of September 2016.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE